```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 12598
   TRACEY A MOORE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6655

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/03/2006 and was confirmed 12/20/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 06/25/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
 CARMAX AUTO FINANCE        SECURED VEHIC   2000.00          49.66         327.91
 CARMAX AUTO FINANCE        UNSECURED       1494.81            .00            .00
 NATIONAL CITY MORTGAGE     CURRENT MORTG       .00            .00        5403.06
 NATIONAL CITY MORTGAGE     MORTGAGE ARRE   3392.86            .00            .00
 CITY OF CHICAGO PARKING    UNSECURED        180.00            .00            .00
 INGALLS MEMORIAL HOSPITA   FILED LATE          .00            .00            .00
 RESURGENT CAPITAL SERVIC   UNSECURED        476.02            .00            .00
 MIDWEST EMERGENCY ASSOCI   UNSECURED      NOT FILED           .00            .00
 MIDWEST EYE CENTER         UNSECURED         76.70            .00            .00
 NICOR                      UNSECURED        667.38            .00            .00
 PROVIDIAN VISA             UNSECURED      NOT FILED           .00            .00
 RESURGENT CAPITAL SERVIC   UNSECURED       5788.73            .00            .00
 INGALLS MEMORIAL HOSPITA   UNSECURED      NOT FILED           .00            .00
 NICOR                      UNSECURED      NOT FILED           .00            .00
 UNIVERSITY OF CHICAGO HO   UNSECURED      NOT FILED           .00            .00
 MELVIN J KAPLAN            DEBTOR ATTY    3,000.00                           .00
 TOM VAUGHN                 TRUSTEE                                        350.37
 DEBTOR REFUND              REFUND                                       1,655.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE            7,786.00

 PRIORITY                                          .00
 SECURED                                      5,730.97
    INTEREST                                     49.66
 UNSECURED                                         .00
 ADMINISTRATIVE                                    .00
 TRUSTEE COMPENSATION                           350.37
 DEBTOR REFUND                                 1,655.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12598 TRACEY A MOORE
```

```
                                    ---------------      ---------------
TOTALS                                      7,786.00            7,786.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/26/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```